THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORTON

ATWATER, Appellant.— Motion granted, and the order of reversal settled according to the second form proposed by the district attorney. Present — Mills, Rich, Putnam, Kelly and Jaycox, JJ.